UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC J. BONE                                         CIVIL ACTION

VERSUS                                               NO.   15-6455

N. BURL CAIN, WARDEN                                 SECTION "F"(2)


**O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Eric J. Bone for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  3rd  day of _____August_____, 2016.


_____
UNITED STATES DISTRICT JUDGE